UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:     RUTH DORIO

                           CHAPTER 7
     Debtor           HON. MARCI MCIVOR
                          CASE NO. 09-66095
_____/

Certificate of Service

I hereby certify that on September 1, 2009,

I served a copy of the 341 NOTICE BY FIRST CLASS MAIL, POSTAGE PRE-PAID, TO:

NATIONAL CITY MTG.
BOX 1820
DAYTON OH 45401-1820


_____/S/KURT OKEEFE
Kurt O'Keefe P30718
Attorney for Debtor
3156 Penobscot Building
Detroit MI 48226-4105
313-962-4630
koklaw@gmail.com